Justice DURHAM,
concurring:
¶ 133 I concur fully in the reasoning and the result of the majority opinion. I only write separately to express my views regarding the Ogden Police Department’s policy not to record station-house interrogations or confessions — despite having the means to do so. At the present time, I am persuaded that recording confessions can only further the interests of justice by enhancing a court’s ability both to safeguard important Sixth Amendment protections and to detect false claims of improper police coercion. See supra ¶ 132 n. 23. Due to these benefits, I believe that we should adopt an evidentiary rule requiring station-house interrogations to be recorded. I do not object to the referral of the question to our rules advisory committee for study and recommendations, but note that on the present state of the evidence and policy considerations regarding this question, the arguments for a rule appear strong.
Justice DURHAM filed a concurring opinion, in which Associate Chief Justice NEHRING joined.